# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LAUREN JARDIM,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>MCLAREN AUTOMOTIVE, INC.,<br>　　　Defendant. | 2:25-cv-01031-DSF-MARx<br><br>Order DENYING Motion to Remand (Dkt. 8) |

　　　Plaintiff has moved to remand this case to state court.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for April 7, 2025 is removed from the Court's calendar.

　　　The complaint contains a claim for violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq.  Compl. ¶¶ 12-21.  Plaintiff further alleges that she has sustained damages under the Act in the approximate amount of $1,100,000.  Compl. ¶ 20.  This amount is more than sufficient to confer jurisdiction in federal court.  15 U.S.C. §§ 2310(d)(1)(B), (d)(3)(B).  The state law claims are based on the same facts and circumstances as the federal claim and the Court finds that it is appropriate to maintain supplemental jurisdiction over them.

The motion to remand is DENIED.

IT IS SO ORDERED.

Date: April 1, 2025

_____
The Honorable Dale S. Fischer
United States District Judge

2